# EXHIBIT L

# Exhibit L

# Claim Chart for U.S. Patent No. 10,674,432

| Claim | Exemplary Infringement Analysis |
|---|---|
| 1. A method of operating a smartphone in performing a plurality of financial transactions, the method comprising: | The Accused Products "perform[] a plurality of financial transactions."<br><br>For example, using an iPhone to conduct financial transactions via Apple Pay satisfies the method recited in claim 1.<br><br>**Use Apple Pay for contactless payments on iPhone**<br><br>With your Apple Cash, credit, and debit cards stored in the Wallet app 🔲 on iPhone, you can use Apple Pay for secure, contactless payments in stores, restaurants, and more.<br><br>https://support.apple.com/guide/iphone/use-apple-pay-for-contactless-payments-iphbd4cf42b4/ios<br><br>Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |
| responsive to at least one physiological parameter having been sensed by at least one sensor of the smartphone, enabling a mode to communicate | The Accused Products use a method that involves "responsive to at least one physiological parameter having been sensed by at least one sensor of the smartphone, enabling a mode to communicate by the smartphone information requesting an authorization."<br><br>For example, using an iPhone to conduct financial transactions via Apple Pay includes enabling a mode to communicate information requesting an authorization. The enabling of the mode is responsive to at least one physiological parameter having been sensed by at least one sensor of the iPhone. Pertinent iPhone-based sensors include a camera (for Face ID) or a physical sensor (for Touch ID), which can sense physiological data of the user such as facial geometry or a fingerprint. |

| Claim | Exemplary Infringement Analysis |
|---|---|
| by the smartphone information requesting an authorization; | **When you use Apple Pay in stores**<br><br>When you use Apple Pay in stores that accept contactless payments, Apple Pay uses Near Field Communication (NFC) technology between your device and the payment terminal. NFC is an industry-standard, contactless technology that's designed to work only across short distances. If your iPhone is on and detects an NFC field, it will present you with your default card. To send your payment information, you must authenticate using Face ID, Touch ID, or your passcode (except in Japan if you designate a Suica card for Express Transit). With Face ID or with Apple Watch, you must double-click the side button when the device is unlocked to activate your default card for payment.<br><br>After you authenticate your transaction, the Secure Element provides your Device Account Number and a transaction-specific dynamic security code to the store's point of sale terminal along with additional information needed to complete the transaction. Again, neither Apple nor your device sends your actual payment card number. Before they approve the payment, your bank, card issuer, or payment network can verify your payment information by checking the dynamic security code to make sure that it's unique and tied to your device.<br><br>https://support.apple.com/en-us/HT203027<br><br>**Face ID security**<br><br>With a simple glance, Face ID securely unlocks supported Apple devices. It provides intuitive and secure authentication enabled by the TrueDepth camera system, which uses advanced technologies to accurately map the geometry of a user's face. Face ID uses neural networks for determining attention, matching, and antispoofing, so a user can unlock their phone with a glance, even with a mask on when using supported devices. Face ID automatically adapts to changes in appearance, and carefully safeguards the privacy and security of a user's biometric data. |

| Claim | Exemplary Infringement Analysis |
|-------|--------------------------------|
|  | **Touch ID security** |
|  | Touch ID is the fingerprint sensing system that makes secure access to supported Apple devices faster and easier. This technology reads fingerprint data from any angle and learns more about a user's fingerprint over time, with the sensor continuing to expand the fingerprint map as additional overlapping nodes are identified with each use. |
|  | Apple devices with a Touch ID sensor can be unlocked using a fingerprint. Touch ID doesn't replace the need for a device passcode or user password, which is still required after device startup, restart, or logout (on a Mac). In some apps, Touch ID can also be used in place of a device passcode or user password—for example, to unlock password-protected notes in the Notes app, to unlock keychain-protected websites, and to unlock supported app passwords. However, a device passcode or user password is always required in some scenarios (for example, to change an existing device passcode or user password or to remove existing fingerprint enrollments or create new ones). |
|  | https://support.apple.com/guide/security/face-id-and-touch-id-security-sec067eb0c9e/1/web/1 |

| Claim | Exemplary Infringement Analysis |
|---|---|
| | ### Pay with your iPhone<br><br>1. To use your default card:<br><br>   • If your iPhone has Face ID, double-click the side button. If prompted, authenticate with Face ID or enter your passcode to open Apple Wallet.<br><br>   • If your iPhone has Touch ID, double-click the Home button.<br><br>2. To use a different card, tap your default card to see your other cards. Tap a new card and authenticate.<br><br>3. Hold the top of your iPhone near the contactless reader until Done and a checkmark appear on the display.<br><br>https://support.apple.com/en-us/HT201239<br><br>Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |
| while the mode is enabled, transmitting by | The Accused Products use a method that involves, "while the mode is enabled, transmitting by the smartphone first data to a first device, the first data relating to a plurality of financial transactions to be conducted." |

| Claim | Exemplary Infringement Analysis |
|---|---|
| the smartphone first data to a first device, the first data relating to a plurality of financial transactions to be conducted; | For example, using an iPhone to conduct financial transactions via Apple Pay includes transmitting first data to a base station (a first device) while the mode is enabled. The iPhone transmits the first data to a base station via a cellular data network to be subsequently transmitted to Apple. The anonymous transaction information is related to a plurality of financial transactions to be conducted.<br><br>**Paying with cards using Apple Pay**<br><br>Apple Pay can be used to pay for purchases in stores, within apps, and at websites.<br><br>**Paying with cards in stores**<br><br>If iPhone or Apple Watch is on and detects an NFC field, it presents the user with the requested card (if automatic selection is turned on for that card) or the default card, which is managed in Settings. The user can also go to Apple Wallet and choose a card, or when the device is locked, can:<br><br>• Double-click the side button on devices with Face ID<br>• Double-click the Home button on devices with Touch ID<br>• Using Accessibility features that allow Apple Pay from the Lock Screen<br><br>Next, before information is transmitted, the user must authenticate using Face ID, Touch ID, or their passcode. When Apple Watch is unlocked, double-clicking the side button activates the default card for payment. No payment information is sent without user authentication.<br><br>After the user authenticates, the Device Account Number and a transaction-specific dynamic security code are used when processing the payment. Neither Apple nor a user's device sends the full credit or debit card numbers to merchants. Apple may receive anonymous transaction information such as the approximate time and location of the transaction, which helps improve Apple Pay and other Apple products and services.<br><br>https://support.apple.com/guide/security/paying-with-cards-using-apple-pay-secfbd5c0e54/1/web/1 |

## How to add a debit or credit card on your iPhone

1. In the Wallet app, tap the Add button ⊕.

   - Tap Debit or Credit Card to add a new card.
   - Tap Previous Cards to add a card that you used previously.



2. Tap Continue.
3. Follow the steps on the screen to add a new card.
4. Verify your information with your bank or card issuer. They might ask you to provide more information or to download an app before approving your card for use with Apple Pay.
5. If you have a paired Apple Watch, you have the option to also add the card to your watch.

6

| Claim | Exemplary Infringement Analysis |
|---|---|
| | https://support.apple.com/en-us/HT204506<br><br>Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |
| receiving by the smartphone second data from the first device responsive to said transmitting by the smartphone the first data, the second data relating to the plurality of financial transactions to be conducted and differing from the first data; | The Accused Products use a method that involves "receiving by the smartphone second data from the first device responsive to said transmitting by the smartphone the first data, the second data relating to the plurality of financial transactions to be conducted and differing from the first data."<br><br>For example, using an iPhone to conduct financial transactions via Apple Pay includes receiving second data from the base station (a first device) responsive to the iPhone transmitting the first data. The second data can include, for example, information authorizing applications such as Apple Pay. The second data relates to the plurality of financial transactions to be conducted and differs from the first data.<br><br>When you use Apple Pay in stores<br><br>When you use Apple Pay in stores that accept contactless payments, Apple Pay uses Near Field Communication (NFC) technology between your device and the payment terminal. NFC is an industry-standard, contactless technology that's designed to work only across short distances. If your iPhone is on and detects an NFC field, it will present you with your default card. To send your payment information, you must authenticate using Face ID, Touch ID, or your passcode (except in Japan if you designate a Suica card for Express Transit). With Face ID or with Apple Watch, you must double-click the side button when the device is unlocked to activate your default card for payment.<br><br>After you authenticate your transaction, the Secure Element provides your Device Account Number and a transaction-specific dynamic security code to the store's point of sale terminal along with additional information needed to complete the transaction. Again, neither Apple nor your device sends your actual payment card number. Before they approve the payment, your bank, card issuer, or payment network can verify your payment information by checking the dynamic security code to make sure that it's unique and tied to your device.<br><br>https://support.apple.com/en-us/HT203027 |

## How to add a debit or credit card on your iPhone

1. In the Wallet app, tap the Add button ⊕.

   - Tap Debit or Credit Card to add a new card.
   - Tap Previous Cards to add a card that you used previously.



2. Tap Continue.
3. Follow the steps on the screen to add a new card.
4. Verify your information with your bank or card issuer. They might ask you to provide more information or to download an app before approving your card for use with Apple Pay.
5. If you have a paired Apple Watch, you have the option to also add the card to your watch.

8

| Claim | Exemplary Infringement Analysis |
|---|---|
| | https://support.apple.com/en-us/HT204506<br><br>Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |
| performing a first transaction of the plurality of financial transactions by: | The Accused Products use a method that involves "performing a first transaction of the plurality of financial transactions."<br><br>For example, using an iPhone to conduct financial transactions via Apple Pay includes performing a first transaction of the plurality of financial transactions.<br><br>**Use Apple Pay for contactless payments on iPhone**<br><br>With your Apple Cash, credit, and debit cards stored in the Wallet app 🔲 on iPhone, you can use Apple Pay for secure, contactless payments in stores, restaurants, and more.<br><br>https://support.apple.com/guide/iphone/use-apple-pay-for-contactless-payments-iphbd4cf42b4/ios<br><br>Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |
| detecting by the smartphone that a proximity condition is satisfied between the smartphone and a first entity, wherein the first | The Accused Products use a method that involves "detecting by the smartphone that a proximity condition is satisfied between the smartphone and a first entity, wherein the first entity is distinct from the first device."<br><br>For example, using an iPhone to conduct financial transactions via Apple Pay includes detecting that a proximity criterion is satisfied between the iPhone and a first entity such as a point-of-sale terminal (which is distinct from the base station (the first device)). For example, an iPhone can detect the Near Field Communication (NFC) field radiated by the point-of-sale terminal, and the iPhone will ensure that the proximity criterion for the NFC communication is satisfied in connection with performing a financial transaction via Apple Pay. |

| Claim | Exemplary Infringement Analysis |
|---|---|
| entity is distinct from the first device; | **When you use Apple Pay in stores**<br><br>When you use Apple Pay in stores that accept contactless payments, Apple Pay uses Near Field Communication (NFC) technology between your device and the payment terminal. NFC is an industry-standard, contactless technology that's designed to work only across short distances. If your iPhone is on and detects an NFC field, it will present you with your default card. To send your payment information, you must authenticate using Face ID, Touch ID, or your passcode (except in Japan if you designate a Suica card for Express Transit). With Face ID or with Apple Watch, you must double-click the side button when the device is unlocked to activate your default card for payment.<br><br>After you authenticate your transaction, the Secure Element provides your Device Account Number and a transaction-specific dynamic security code to the store's point of sale terminal along with additional information needed to complete the transaction. Again, neither Apple nor your device sends your actual payment card number. Before they approve the payment, your bank, card issuer, or payment network can verify your payment information by checking the dynamic security code to make sure that it's unique and tied to your device.<br><br>https://support.apple.com/en-us/HT203027 |

| Claim | Exemplary Infringement Analysis |
|-------|--------------------------------|
| | **Pay with your iPhone**<br><br>1. To use your default card:<br><br>   • If your iPhone has Face ID, double-click the side button. If prompted, authenticate with Face ID or enter your passcode to open Apple Wallet.<br><br>   • If your iPhone has Touch ID, double-click the Home button.<br><br>2. To use a different card, tap your default card to see your other cards. Tap a new card and authenticate.<br><br>3. Hold the top of your iPhone near the contactless reader until Done and a checkmark appear on the display.<br><br>https://support.apple.com/en-us/HT201239<br><br>Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |
| establishing, using a first air interface, a wireless short- | The Accused Products use a method that involves "establishing, using a first air interface, a wireless short-range communications link between the smartphone and the first entity, in response to the proximity condition having been satisfied between the smartphone and the first entity." |

| Claim | Exemplary Infringement Analysis |
|-------|--------------------------------|
| range communications link between the smartphone and the first entity, in response to the proximity condition having been satisfied between the smartphone and the first entity; | For example, using an iPhone to conduct financial transactions via Apple Pay includes establishing, using NFC (a first air interface), a wireless short-range communications link between the iPhone and the point-of-sale terminal (the first entity). The detection of the NFC field by the iPhone establishes the communications link between the iPhone and the entity in preparation to provide and receive information related to the financial transaction. The establishing of the communication link is in response to the proximity criterion having been satisfied between the iPhone and the point-of-sale terminal.<br><br>**When you use Apple Pay in stores**<br><br>When you use Apple Pay in stores that accept contactless payments, Apple Pay uses Near Field Communication (NFC) technology between your device and the payment terminal. NFC is an industry-standard, contactless technology that's designed to work only across short distances. If your iPhone is on and detects an NFC field, it will present you with your default card. To send your payment information, you must authenticate using Face ID, Touch ID, or your passcode (except in Japan if you designate a Suica card for Express Transit). With Face ID or with Apple Watch, you must double-click the side button when the device is unlocked to activate your default card for payment.<br><br>After you authenticate your transaction, the Secure Element provides your Device Account Number and a transaction-specific dynamic security code to the store's point of sale terminal along with additional information needed to complete the transaction. Again, neither Apple nor your device sends your actual payment card number. Before they approve the payment, your bank, card issuer, or payment network can verify your payment information by checking the dynamic security code to make sure that it's unique and tied to your device.<br><br>https://support.apple.com/en-us/HT203027 |

| Claim | Exemplary Infringement Analysis |
|---|---|
| | **Pay with your iPhone**<br><br>1. To use your default card:<br><br>   • If your iPhone has Face ID, double-click the side button. If prompted, authenticate with Face ID or enter your passcode to open Apple Wallet.<br><br>   • If your iPhone has Touch ID, double-click the Home button.<br><br>2. To use a different card, tap your default card to see your other cards. Tap a new card and authenticate.<br><br>3. Hold the top of your iPhone near the contactless reader until Done and a checkmark appear on the display.<br><br>https://support.apple.com/en-us/HT201239<br><br>Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |
| receiving, using the first air interface, a short-range | The Accused Products use a method that involves "receiving, using the first air interface, a short-range signal from the first entity." |

| Claim | Exemplary Infringement Analysis |
|---|---|
| signal from the first entity; and | For example, using an iPhone to conduct financial transactions via Apple Pay includes receiving, using NFC (the first air interface), a short-range signal from the point-of-sale terminal (the first entity). For example, the iPhone can receive the NFC signal radiated by the point-of-sale terminal.<br><br>**When you use Apple Pay in stores**<br><br>When you use Apple Pay in stores that accept contactless payments, Apple Pay uses Near Field Communication (NFC) between your device and the payment terminal. NFC is an industry-standard, contactless technology that's designed to work only across short distances. If your iPhone is on and detects an NFC field, it will present you with your default card. To send your payment information, you must authenticate using Face ID, Touch ID, or your passcode (except in Japan if you designate a Suica card for Express Transit). With Face ID or with Apple Watch, you must double-click the side button when the device is unlocked to activate your default card for payment.<br><br>After you authenticate your transaction, the Secure Element provides your Device Account Number and a transaction-specific dynamic security code to the store's point of sale terminal along with additional information needed to complete the transaction. Again, neither Apple nor your device sends your actual payment card number. Before they approve the payment, your bank, card issuer, or payment network can verify your payment information by checking the dynamic security code to make sure that it's unique and tied to your device.<br><br>https://support.apple.com/en-us/HT203027 |

| Claim | Exemplary Infringement Analysis |
|---|---|
| | **Pay with your iPhone**<br><br>1. To use your default card:<br><br>- If your iPhone has Face ID, double-click the side button. If prompted, authenticate with Face ID or enter your passcode to open Apple Wallet.<br><br>- If your iPhone has Touch ID, double-click the Home button.<br><br>2. To use a different card, tap your default card to see your other cards. Tap a new card and authenticate.<br><br>3. Hold the top of your iPhone near the contactless reader until Done and a checkmark appear on the display.<br><br>https://support.apple.com/en-us/HT201239<br><br>Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |
| responsive to receiving the short-range signal from the | The Accused Products use a method that involves, "responsive to receiving the short-range signal from the first entity, sending by the smartphone to the first entity over the first air interface, information associated with the second data received from the first device." |

| Claim | Exemplary Infringement Analysis |
|---|---|
| first entity, sending by the smartphone to the first entity over the first air interface, information associated with the second data received from the first device; and | For example, using an iPhone to conduct financial transactions via Apple Pay includes sending to the point-of-sale terminal (the first entity) over NFC (the first air interface) information associated with businesses (the second data) received from the base station (the first device). For example, an iPhone can send to the point-of-sale terminal a transaction-specific dynamic security code as well as additional information needed to complete the transaction. This information is associated with the information provided by Apple (the second data) received from the base station (the first device). The iPhone sends the information in response to receiving the short-range signal (NFC signal) from the point-of sale terminal.<br><br>**When you use Apple Pay in stores**<br><br>When you use Apple Pay in stores that accept contactless payments, Apple Pay uses Near Field Communication (NFC) technology between your device and the payment terminal. NFC is an industry-standard, contactless technology that's designed to work only across short distances. If your iPhone is on and detects an NFC field, it will present you with your default card. To send your payment information, you must authenticate using Face ID, Touch ID, or your passcode (except in Japan if you designate a Suica card for Express Transit). With Face ID or with Apple Watch, you must double-click the side button when the device is unlocked to activate your default card for payment.<br><br>After you authenticate your transaction, the Secure Element provides your Device Account Number and a transaction-specific dynamic security code to the store's point of sale terminal along with additional information needed to complete the transaction. Again, neither Apple nor your device sends your actual payment card number. Before they approve the payment, your bank, card issuer, or payment network can verify your payment information by checking the dynamic security code to make sure that it's unique and tied to your device.<br><br>https://support.apple.com/en-us/HT203027 |

## How to add a debit or credit card on your iPhone

1. In the Wallet app, tap the Add button ⊕.

   - Tap Debit or Credit Card to add a new card.
   - Tap Previous Cards to add a card that you used previously.



2. Tap Continue.
3. Follow the steps on the screen to add a new card.
4. Verify your information with your bank or card issuer. They might ask you to provide more information or to download an app before approving your card for use with Apple Pay.
5. If you have a paired Apple Watch, you have the option to also add the card to your watch.

17

| Claim | Exemplary Infringement Analysis |
|---|---|
| | https://support.apple.com/en-us/HT204506<br><br>Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |
| independent of performing said first transaction, receiving by the smartphone a communications service from a wireless network, using a second air interface that differs from the first air interface, | The Accused Products use a method that involves, "independent of performing said first transaction, receiving by the smartphone a communications service from a wireless network, using a second air interface that differs from the first air interface."<br><br>For example, using an iPhone to conduct financial transactions via Apple Pay includes receiving a communications service from a wireless network using a cellular data network (a second air interface), which differs from NFC (the first air interface). The receiving of the communications service is independent of performing the first transaction.<br><br>**Connect iPhone to a cellular network**<br>Your iPhone automatically connects to your carrier's cellular data network if a Wi-Fi network isn't available. If iPhone doesn't connect, check the following:<br>1. Verify that your SIM is activated and unlocked. See Set up cellular service on iPhone.<br>2. Go to Settings ⚙ > Cellular.<br>3. Verify that Cellular Data is turned on. If you're using Dual SIM, tap Cellular Data, then verify the selected line. (You can choose only one line for cellular data.)<br><br>https://support.apple.com/guide/iphone/set-up-cellular-service-iph3f11fba92/16.0/ios/16.0<br><br>Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |
| wherein said transmitting by the smartphone | The Accused Products use a method that involves "transmitting by the smartphone first data and said receiving by the smartphone second data are performed over an air interface that differs from the first air interface." |

| Claim | Exemplary Infringement Analysis |
|---|---|
| first data and said receiving by the smartphone second data are performed over an air interface that differs from the first air interface. | The transmitting of the first data and the receiving of the second data are performed over a cellular data network (an air interface), which differs from NFC (the first air interface). For example, the first and second data are sent to a base station that is part of a cellular data network.<br><br>**Connect iPhone to a cellular network**<br><br>Your iPhone automatically connects to your carrier's cellular data network if a Wi-Fi network isn't available. If iPhone doesn't connect, check the following:<br><br>1. Verify that your SIM is activated and unlocked. See Set up cellular service on iPhone.<br><br>2. Go to Settings ⚙ > Cellular.<br><br>3. Verify that Cellular Data is turned on. If you're using Dual SIM, tap Cellular Data, then verify the selected line. (You can choose only one line for cellular data.)<br><br>https://support.apple.com/guide/iphone/set-up-cellular-service-iph3f11fba92/16.0/ios/16.0 |



iPhone 15 Pro
iPhone 15 Pro Max

iPhone 15
iPhone 15 Plus

iPhone 14
iPhone 14 Plus

iPhone SE

iPhone 13

## iPhone 15 Pro and iPhone 15 Pro Max

Back to Top ^

| Model³ | 5G Bands | LTE Bands² | Country or Region |
|---|---|---|---|
| iPhone 15 Pro<br>Model A2848<br><br>iPhone 15 Pro Max<br>Model A2849 | n1 (2100 MHz)<br>n2 (1900 MHz)<br>n3 (1800 MHz)<br>n5 (850 MHz)<br>n7 (2600 MHz)<br>n8 (900 MHz)<br>n12 (700 MHz)<br>n14 (700 PS)<br>n20 (800 DD)<br>n25 (1900 MHz)<br>n26 (800 MHz)<br>n28 (700 APT)<br>n29 (700d MHz)<br>n30 (2300 MHz)<br>n38 (TD 2600)<br>n40 (TD 2300)<br>n41 (TD 2500)<br>n48 (TD 3600)<br>n53 (TD 2500)<br>n66 (AWS-3)<br>n70 (AWS-4)<br>n71 (600 MHz)<br>n75 (SDL 1500)<br>n76 (SDL 1500)<br>n77 (TD 3700)<br>n78 (TD 3500)<br>n79 (TD 4700)<br>n258 (26 GHz)<br>n260 (39 GHz)<br>n261 (28 GHz) | 1 (2100 MHz)<br>2 (1900 MHz)<br>3 (1800 MHz)<br>4 (AWS)<br>5 (850 MHz)<br>7 (2600 MHz)<br>8 (900 MHz)<br>12 (700 MHz)<br>13 (700c MHz)<br>14 (700 PS)<br>17 (700b MHz)<br>18 (800 MHz)<br>19 (800 MHz)<br>20 (800 DD)<br>25 (1900 MHz)<br>26 (800 MHz)<br>28 (700 APT)<br>29 (700d MHz)<br>30 (2300 MHz)<br>32 (1500 L-band)<br>34 (TD 2000)<br>38 (TD 2600)<br>39 (TD 1900)<br>40 (TD 2300)<br>41 (TD 2500)<br>42 (TD 3500)<br>46 (TD Unlicensed)<br>48 (TD 3600)<br>53 (TD 2500)<br>66 (AWS-3)<br>71 (600 MHz) | Puerto Rico<br>United States |

| Claim | Exemplary Infringement Analysis |
|---|---|
| | https://www.apple.com/iphone/cellular/<br><br>## Wi-Fi specifications for Apple devices<br><br>The following are Wi-Fi specification details for Apple devices. Descriptions of the details are as follows:<br><br>• *802.11 compatibility and frequency band:* 802.11ax (Wi-Fi 6 and Wi-Fi 6E), 802.11ac (Wi-Fi 5), 802.11n (Wi-Fi 4), 802.11a, 802.11b/g and 2.4 GHz or 5 GHz.<br><br>Apple platforms supporting Wi-Fi 6E can join Wi-Fi 6E networks that are discoverable on 2.4 GHz or 5 GHz channels, and on 6 GHz Preferred Scanning Channels, where 6 GHz is allowed by regulatory domain.<br><br>https://support.apple.com/guide/deployment/wi-fi-specifications-for-apple-devices-dep268652e6c/web |

## How to add a debit or credit card on your iPhone

1. In the Wallet app, tap the Add button ⊕.

   - Tap Debit or Credit Card to add a new card.
   - Tap Previous Cards to add a card that you used previously.



2. Tap Continue.
3. Follow the steps on the screen to add a new card.
4. Verify your information with your bank or card issuer. They might ask you to provide more information or to download an app before approving your card for use with Apple Pay.
5. If you have a paired Apple Watch, you have the option to also add the card to your watch.

| Claim | Exemplary Infringement Analysis |
|-------|--------------------------------|
|       | https://support.apple.com/en-us/HT204506 |



| Claim | Exemplary Infringement Analysis |
|-------|--------------------------------|
|       | https://www.apple.com/iphone/cellular/<br><br>## Wi-Fi specifications for Apple devices<br><br>The following are Wi-Fi specification details for Apple devices. Descriptions of the details are as follows:<br><br>• *802.11 compatibility and frequency band:* 802.11ax (Wi-Fi 6 and Wi-Fi 6E), 802.11ac (Wi-Fi 5), 802.11n (Wi-Fi 4), 802.11a, 802.11b/g and 2.4 GHz or 5 GHz.<br><br>Apple platforms supporting Wi-Fi 6E can join Wi-Fi 6E networks that are discoverable on 2.4 GHz or 5 GHz channels, and on 6 GHz Preferred Scanning Channels, where 6 GHz is allowed by regulatory domain.<br><br>https://support.apple.com/guide/deployment/wi-fi-specifications-for-apple-devices-dep268652e6c/web<br><br>Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |