# EXHIBIT M

# Exhibit M

# Claim Chart for U.S. Patent No. 11,770,756

| Claim | Exemplary Infringement Analysis |
|---|---|
| 1. A method of operating a device, the method comprising: | The accused products are capable of performing "a method of operating a device." <br><br> For example, operating an iPhone to conduct a transaction via Apple Pay satisfies the method recited in claim one. <br><br> **Use Apple Pay for contactless payments on iPhone** <br><br> With your Apple Cash, credit, and debit cards stored in the Wallet app 🔲 on iPhone, you can use Apple Pay for secure, contactless payments in stores, restaurants, and more. <br><br> https://support.apple.com/guide/iphone/use-apple-pay-for-contactless-payments-iphbd4cf42b4/ios <br><br> Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |
| sensing by the device, using a device-based sensor, a parameter that is associated with the device, an environment of the device and/or a user of the device; | The Accused Products use a method that involves "sensing by the device, using a device-based sensor, a parameter that is associated with the device, an environment of the device and/or a user of the device." <br><br> For example, using an iPhone to conduct financial transactions via Apple Pay includes sensing, by an iPhone, using a sensor that is part of the iPhone, physiological data associated with a human user of an iPhone. iPhone-based sensors include a camera (for Face ID) or a physical sensor (for Touch ID), which can sense physiological data of the user such as facial geometry or a fingerprint. |

| Claim | Exemplary Infringement Analysis |
| --- | --- |
|  | **When you use Apple Pay in stores**<br><br>When you use Apple Pay in stores that accept contactless payments, Apple Pay uses Near Field Communication (NFC) technology between your device and the payment terminal. NFC is an industry-standard, contactless technology that's designed to work only across short distances. If your iPhone is on and detects an NFC field, it will present you with your default card. To send your payment information, you must authenticate using Face ID, Touch ID, or your passcode (except in Japan if you designate a Suica card for Express Transit). With Face ID or with Apple Watch, you must double-click the side button when the device is unlocked to activate your default card for payment.<br><br>After you authenticate your transaction, the Secure Element provides your Device Account Number and a transaction-specific dynamic security code to the store's point of sale terminal along with additional information needed to complete the transaction. Again, neither Apple nor your device sends your actual payment card number. Before they approve the payment, your bank, card issuer, or payment network can verify your payment information by checking the dynamic security code to make sure that it's unique and tied to your device.<br><br>https://support.apple.com/en-us/HT203027<br><br>**Face ID security**<br><br>With a simple glance, Face ID securely unlocks supported Apple devices. It provides intuitive and secure authentication enabled by the TrueDepth camera system, which uses advanced technologies to accurately map the geometry of a user's face. Face ID uses neural networks for determining attention, matching, and antispoofing, so a user can unlock their phone with a glance, even with a mask on when using supported devices. Face ID automatically adapts to changes in appearance, and carefully safeguards the privacy and security of a user's biometric data. |

| Claim | Exemplary Infringement Analysis |
|---|---|
| | **Touch ID security**<br><br>Touch ID is the fingerprint sensing system that makes secure access to supported Apple devices faster and easier. This technology reads fingerprint data from any angle and learns more about a user's fingerprint over time, with the sensor continuing to expand the fingerprint map as additional overlapping nodes are identified with each use.<br><br>Apple devices with a Touch ID sensor can be unlocked using a fingerprint. Touch ID doesn't replace the need for a device passcode or user password, which is still required after device startup, restart, or logout (on a Mac). In some apps, Touch ID can also be used in place of a device passcode or user password—for example, to unlock password-protected notes in the Notes app, to unlock keychain-protected websites, and to unlock supported app passwords. However, a device passcode or user password is always required in some scenarios (for example, to change an existing device passcode or user password or to remove existing fingerprint enrollments or create new ones).<br><br>https://support.apple.com/guide/security/face-id-and-touch-id-security-sec067eb0c9e/1/web/1<br><br>Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |
| determining by the device a value of the parameter that is sensed; and | The Accused Products use a method that involves "determining by the device a value of the parameter that is sensed."<br><br>For example, both Face ID and Touch ID determine whether the sensed physiological data matches a value previously recorded by the phone. |

| Claim | Exemplary Infringement Analysis |
|---|---|
|  | **When you use Apple Pay in stores** When you use Apple Pay in stores that accept contactless payments, Apple Pay uses Near Field Communication (NFC) technology between your device and the payment terminal. NFC is an industry-standard, contactless technology that's designed to work only across short distances. If your iPhone is on and detects an NFC field, it will present you with your default card. To send your payment information, you must authenticate using Face ID, Touch ID, or your passcode (except in Japan if you designate a Suica card for Express Transit). With Face ID or with Apple Watch, you must double-click the side button when the device is unlocked to activate your default card for payment. After you authenticate your transaction, the Secure Element provides your Device Account Number and a transaction-specific dynamic security code to the store's point of sale terminal along with additional information needed to complete the transaction. Again, neither Apple nor your device sends your actual payment card number. Before they approve the payment, your bank, card issuer, or payment network can verify your payment information by checking the dynamic security code to make sure that it's unique and tied to your device. https://support.apple.com/en-us/HT203027 **Face ID security** With a simple glance, Face ID securely unlocks supported Apple devices. It provides intuitive and secure authentication enabled by the TrueDepth camera system, which uses advanced technologies to accurately map the geometry of a user's face. Face ID uses neural networks for determining attention, matching, and antispoofing, so a user can unlock their phone with a glance, even with a mask on when using supported devices. Face ID automatically adapts to changes in appearance, and carefully safeguards the privacy and security of a user's biometric data. |

| Claim | Exemplary Infringement Analysis |
|-------|--------------------------------|
|  | **Touch ID security**<br><br>Touch ID is the fingerprint sensing system that makes secure access to supported Apple devices faster and easier. This technology reads fingerprint data from any angle and learns more about a user's fingerprint over time, with the sensor continuing to expand the fingerprint map as additional overlapping nodes are identified with each use.<br><br>Apple devices with a Touch ID sensor can be unlocked using a fingerprint. Touch ID doesn't replace the need for a device passcode or user password, which is still required after device startup, restart, or logout (on a Mac). In some apps, Touch ID can also be used in place of a device passcode or user password—for example, to unlock password-protected notes in the Notes app, to unlock keychain-protected websites, and to unlock supported app passwords. However, a device passcode or user password is always required in some scenarios (for example, to change an existing device passcode or user password or to remove existing fingerprint enrollments or create new ones).<br><br>https://support.apple.com/guide/security/face-id-and-touch-id-security-sec067eb0c9e/1/web/1 |

| Claim | Exemplary Infringement Analysis |
|-------|--------------------------------|
| | <br><br>https://support.apple.com/en-us/102528 |

| Claim | Exemplary Infringement Analysis |
|---|---|
| | **Set up Face ID**<br><br>Make sure that nothing is covering the TrueDepth camera or your face. If something is obstructing your nose or mouth, like glasses or a face mask, you might be asked to temporarily remove these items during setup.<br><br>You can also use Face ID with face masks if you use iPhone 12 or later with iOS 15.4 and later. Face ID works best when your iPhone or iPad is approximately 10–20 inches from your face.<br><br>To set up Face ID:<br><br>1. Go to Settings, then tap Face ID & Passcode. If asked, enter your passcode. If you didn't set a passcode, you'll be asked to create one to use as an alternate way to verify your identity.<br><br>2. Tap Set Up Face ID.<br><br>3. Hold your device in portrait orientation, position your face in front of your device, then tap Get Started.<br><br>4. Position your face inside the frame and gently move your head to complete the circle. If you're unable to move your head, tap Accessibility Options.<br><br>5. When you finish the first Face ID scan, tap Continue.<br><br>6. Gently move your head to complete the circle for a second time.<br><br>7. Tap Done.<br><br>https://support.apple.com/en-us/108411<br><br>Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |
| responsive to the value that is determined by the device for | The Accused Products use a method that involves, "responsive to the value that is determined by the device for the parameter that is sensed satisfying a threshold criterion, enabling by the device a number of functions of the device and disabling by the device a function of the device." |

| Claim | Exemplary Infringement Analysis |
|---|---|
| the parameter that is sensed satisfying a threshold criterion, enabling by the device a number of functions of the device and disabling by the device a function of the device; | For example, using an iPhone to conduct financial transactions via Apple Pay by authorizing a user responsive to the value that is determined by the device for the parameter that is sensed satisfying a threshold criterion (unlocking the phone), thereby enabling by the device a number of functions of the device and disabling by the device a function of the device.<br><br>**Face ID security**<br><br>With a simple glance, Face ID securely unlocks supported Apple devices. It provides intuitive and secure authentication enabled by the TrueDepth camera system, which uses advanced technologies to accurately map the geometry of a user's face. Face ID uses neural networks for determining attention, matching, and antispoofing, so a user can unlock their phone with a glance, even with a mask on when using supported devices. Face ID automatically adapts to changes in appearance, and carefully safeguards the privacy and security of a user's biometric data.<br><br>**Touch ID security**<br><br>Touch ID is the fingerprint sensing system that makes secure access to supported Apple devices faster and easier. This technology reads fingerprint data from any angle and learns more about a user's fingerprint over time, with the sensor continuing to expand the fingerprint map as additional overlapping nodes are identified with each use.<br><br>Apple devices with a Touch ID sensor can be unlocked using a fingerprint. Touch ID doesn't replace the need for a device passcode or user password, which is still required after device startup, restart, or logout (on a Mac). In some apps, Touch ID can also be used in place of a device passcode or user password—for example, to unlock password-protected notes in the Notes app, to unlock keychain-protected websites, and to unlock supported app passwords. However, a device passcode or user password is always required in some scenarios (for example, to change an existing device passcode or user password or to remove existing fingerprint enrollments or create new ones).<br><br>https://support.apple.com/guide/security/face-id-and-touch-id-security-sec067eb0c9e/1/web/1 |

| Claim | Exemplary Infringement Analysis |
|---|---|
| | **When you use Apple Pay in stores**<br><br>When you use Apple Pay in stores that accept contactless payments, Apple Pay uses Near Field Communication (NFC) technology between your device and the payment terminal. NFC is an industry-standard, contactless technology that's designed to work only across short distances. If your iPhone is on and detects an NFC field, it will present you with your default card. To send your payment information, you must authenticate using Face ID, Touch ID, or your passcode (except in Japan if you designate a Suica card for Express Transit). With Face ID or with Apple Watch, you must double-click the side button when the device is unlocked to activate your default card for payment.<br><br>After you authenticate your transaction, the Secure Element provides your Device Account Number and a transaction-specific dynamic security code to the store's point of sale terminal along with additional information needed to complete the transaction. Again, neither Apple nor your device sends your actual payment card number. Before they approve the payment, your bank, card issuer, or payment network can verify your payment information by checking the dynamic security code to make sure that it's unique and tied to your device.<br><br>https://support.apple.com/en-us/HT203027<br><br>**Pay with your default card on an iPhone with Face ID**<br>1. Double-click the side button.<br>2. When your default card appears, glance at iPhone to authenticate with Face ID, or enter your passcode.<br>3. Hold the top of your iPhone near the card reader until you see Done or a checkmark on the screen.<br><br>**Pay with your default card on an iPhone with Touch ID**<br>1. Rest your finger on Touch ID.<br>2. Hold the top of your iPhone near the card reader until you see Done or a checkmark on the screen.<br><br>https://support.apple.com/guide/iphone/use-apple-pay-for-contactless-payments-iphbd4cf42b4/ios |

| Claim | Exemplary Infringement Analysis |
|---|---|
| | Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |
| wherein the parameter that is sensed using the device-based sensor, comprises a velocity, an acceleration, a time-of-day, a humidity, a temperature, a height, a level of brightness, a level of darkness, a blood pressure, a heart rate, a blood content, a physiological state and/or a psychological state; and | The Accused Products perform the method above, "wherein the parameter that is sensed using the device-based sensor, comprises a velocity, an acceleration, a time-of-day, a humidity, a temperature, a height, a level of brightness, a level of darkness, a blood pressure, a heart rate, a blood content, a physiological state and/or a psychological state."<br><br>For example, iPhones utilizing Apple Pay are authenticated via a parameter that is sensed using the device-based Touch ID or Face ID sensor, comprising a velocity, an acceleration, a time-of-day, a humidity, a temperature, a height, a level of brightness, a level of darkness, a blood pressure, a heart rate, a blood content, a physiological state and/or a psychological state using a physiological state such as an iris or fingerprint.<br><br>**When you use Apple Pay in stores**<br><br>When you use Apple Pay in stores that accept contactless payments, Apple Pay uses Near Field Communication (NFC) technology between your device and the payment terminal. NFC is an industry-standard, contactless technology that's designed to work only across short distances. If your iPhone is on and detects an NFC field, it will present you with your default card. To send your payment information, you must authenticate using Face ID, Touch ID, or your passcode (except in Japan if you designate a Suica card for Express Transit). With Face ID or with Apple Watch, you must double-click the side button when the device is unlocked to activate your default card for payment.<br><br>After you authenticate your transaction, the Secure Element provides your Device Account Number and a transaction-specific dynamic security code to the store's point of sale terminal along with additional information needed to complete the transaction. Again, neither Apple nor your device sends your actual payment card number. Before they approve the payment, your bank, card issuer, or payment network can verify your payment information by checking the dynamic security code to make sure that it's unique and tied to your device.<br><br>https://support.apple.com/en-us/HT203027 |

| Claim | Exemplary Infringement Analysis |
|-------|--------------------------------|
|       | Pay with your iPhone<br><br>1. To use your default card:<br><br>   • If your iPhone has Face ID, double-click the side button. If prompted, authenticate with Face ID or enter your passcode to open Apple Wallet.<br><br>   • If your iPhone has Touch ID, double-click the Home button.<br><br>2. To use a different card, tap your default card to see your other cards. Tap a new card and authenticate.<br><br>3. Hold the top of your iPhone near the contactless reader until Done and a checkmark appear on the display.<br><br>https://support.apple.com/en-us/HT201239 |

| Claim | Exemplary Infringement Analysis |
|---|---|
| | **Face ID security**<br><br>With a simple glance, Face ID securely unlocks supported Apple devices. It provides intuitive and secure authentication enabled by the TrueDepth camera system, which uses advanced technologies to accurately map the geometry of a user's face. Face ID uses neural networks for determining attention, matching, and antispoofing, so a user can unlock their phone with a glance, even with a mask on when using supported devices. Face ID automatically adapts to changes in appearance, and carefully safeguards the privacy and security of a user's biometric data.<br><br>**Touch ID security**<br><br>Touch ID is the fingerprint sensing system that makes secure access to supported Apple devices faster and easier. This technology reads fingerprint data from any angle and learns more about a user's fingerprint over time, with the sensor continuing to expand the fingerprint map as additional overlapping nodes are identified with each use.<br><br>Apple devices with a Touch ID sensor can be unlocked using a fingerprint. Touch ID doesn't replace the need for a device passcode or user password, which is still required after device startup, restart, or logout (on a Mac). In some apps, Touch ID can also be used in place of a device passcode or user password—for example, to unlock password-protected notes in the Notes app, to unlock keychain-protected websites, and to unlock supported app passwords. However, a device passcode or user password is always required in some scenarios (for example, to change an existing device passcode or user password or to remove existing fingerprint enrollments or create new ones).<br><br>https://support.apple.com/guide/security/face-id-and-touch-id-security-sec067eb0c9e/1/web/1<br><br>Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |
| wherein the device comprises a smartphone. | The Accused Products perform the method above, "wherein the device comprises a smartphone."<br><br>For example, iPhones are smartphones. |

| Claim | Exemplary Infringement Analysis |
| --- | --- |
| |  https://support.apple.com/en-us/109065<br><br>Investigation of both the patent and the Accused Products (and other potentially infringing products) is ongoing. This chart is based on evidence and analysis reasonably accessible at this time. Telcom reserves the right to update and amend the above as the litigation progresses, including in view of discovery provided by the Defendant. |