# EXHIBIT C

# State of Florida
## Department of State

I certify from the records of this office that TELCOM VENTURES LLC is a limited liability company organized under the laws of the State of Florida, filed on June 12, 2006.

The document number of this limited liability company is L06000060021.

I further certify that said limited liability company has paid all fees due this office through December 31, 2025, that its most recent annual report was filed on February 7, 2025, and that its status is active.

*Given under my hand and the*
*Great Seal of the State of Florida*
*at Tallahassee, the Capital, this*
*the Seventh day of February, 2025*



*Secretary of State*

Tracking Number: 2508131991CR

To authenticate this certificate,visit the following site,enter this number, and then follow the instructions displayed.

https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication