# EXHIBIT D

# 2025 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT

DOCUMENT# L06000060021

**Entity Name:** TELCOM VENTURES LLC

**FILED**
Feb 07, 2025
Secretary of State
2508131991CR

**Current Principal Place of Business:**

701 BRICKELL AVE
ATTN: S. G. MARTIN SUITE 1700
MIAMI, FL 33131

**Current Mailing Address:**

701 BRICKELL AVE
ATTN: S. G. MARTIN SUITE 1700
MIAMI, FL 33131 US

**FEI Number:** 26-3163222

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

MARTIN, SERGE G
701 BRICKELL AVE
ATTN: S. G. MARTIN SUITE 1700
MIAMI, FL 33131 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: SERGE MARTIN                                                                02/07/2025
Electronic Signature of Registered Agent                                                   Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGR | Title | MGR |
| Name | SINGH, RAJENDRA DR. | Name | MARTIN, SERGE G |
| Address | 23 INDIAN CREEK ISLAND ROAD | Address | 701 BRICKELL AVE SUITE 1700 |
| City-State-Zip: | INDIAN CREEK VILLAGE FL 33154 | City-State-Zip: | MIAMI FL 33131 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: RAJENDRA SINGH                        MANAGER                                02/07/2025
Electronic Signature of Signing Authorized Person(s) Detail                                Date