# EXHIBIT F





**A lot of work to put this together for sure! Great demo!**
Liked by Dale Setlak

## Experience



**Engineer**
Apple
Oct 2012 - Present · 12 years 8 months
Melbourne / Cupertino



**AuthenTec**
14 years 2 months

**Consultant**
Jul 2011 - Nov 2012 · 1 year 5 months
Melbourne, Florida
Engineering consultant in electronic sensors and measurement systems, and in biometric identification and identity management.

**Co-founder and CTO**
Oct 1998 - Jul 2011 · 12 years 10 months
Melbourne, Florida Area