# EXHIBIT G



# About

With over 15 years of dedicated service at Apple, I excel as a Readiness Project Manager for Apple Pay and Wallet. My passion lies in crafting exceptional customer experiences, and my journey is defined by a relentless pursuit of challenges and continuous learning. Known for my swift adaptability, I thrive on embracing new opportunities. In my world, humor is more than a