# EXHIBIT H

  

For Business



### Marcos Cunha · 3rd
Product Readiness | Wallet, Payments and Commerce

- Apple
- Stanford University

Miami Beach, Florida, United States · Contact info

500+ connections

Message  + Follow  More

## About

Marcos has founded several companies in the tech space, led development teams in building technology for enterprise clients, worked on Wall Street at Goldman Sachs and at various other Fortune 100 companies. Marcos has an MBA from Indiana University, an Engineering degree from Purdue University and a Fellowshi   ...see more

## Activity
2,869 followers

**Marcos Cunha** commented on a post • 3mo
Congrats Thomas! Good luck!

**Marcos Cunha** commented on a post • 11mo
Good luck!

Show all comments →

## Experience

**Technical Program Manager | Wallet, Payments and Commerce | ðPay**
Apple · Full-time
Jan 2021 - Present · 4 yrs 5 mos
Miami, Florida, United States · Remote

◆ Financial Technology and FinTech

**Director of Product**
Typo.AI
Jul 2019 - Jan 2021 · 1 yr 7 mos
Austin, Texas Metropolitan Area