# EXHIBIT I



HOME   LOCATION   SPACE FOR LEASE   TECHNOLOGY & DESIGN

GALLERY   REAL ESTATE BLOGS

TALK TO US



**Rialto Place**

**100 Rialto Place, Melbourne, Florida**



Rialto Place offers prime commercial property with a strategic location, high visibility, and a strong demographic profile. Situated adjacent to the Melbourne Orlando International Airport, the property is a magnat for the areas premier aerospace, defense, technology and government tenants including Northrop Grumman, Apple, Lockheed Martin, Leidos, Terran Orbital (Lockheed Martin), Brown & Brown, the State of Florida and more.

Contact Us