# EXHIBIT J

**Comparison of Districts Within the First Circuit — 12-Month Period Ending December 31, 2024**

| | | | ME | MA | NH | RI | PR |
|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 660 | 4,271 | 577 | 711 | 1,847 |
| | | Terminations | 678 | 3,523 | 2,347 | 694 | 2,215 |
| | | Pending | 581 | 5,684 | 1,560 | 886 | 2,586 |
| | Percent Change in Total Filings Current Year | Over Last Year | -3.5 | 1.6 | -20.1 | 5.8 | -10.6 |
| | | Over 2019 | -30.0 | 5.4 | -64.9 | -17.6 | -34.3 |
| | Number of Judgeships | | 3 | 13 | 3 | 3 | 7 |
| | Vacant Judgeship Months ¹ | | 2.8 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 220 | 329 | 192 | 237 | 264 |
| | | Civil | 153 | 276 | 128 | 189 | 87 |
| | | Criminal Felony | 46 | 35 | 44 | 33 | 132 |
| | | Supervised Release Hearings | 21 | 17 | 21 | 16 | 45 |
| | Pending Cases | | 194 | 437 | 520 | 295 | 369 |
| | Weighted Filings ¹ | | 211 | 326 | 195 | 243 | 280 |
| | Terminations | | 226 | 271 | 782 | 231 | 316 |
| | Trials Completed | | 19 | 10 | 14 | 7 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.0 | 21.7 | 13.6 | 23.7 | 19.6 |
| | | Civil ¹ | 8.0 | 7.5 | 44.4 | 9.0 | 14.3 |
| | From Filing to Trial ¹ (Civil Only) | | - | 33.5 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 18 / 4.6 | 341 / 7.0 | 630 / 48.3 | 94 / 14.0 | 205 / 20.8 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.4 | 1.6 | 1.4 | 2.1 |
| | Jurors | Avg. Present for Jury Selection | 75.4 | 61.7 | 62.7 | 36.3 | 69.9 |
| | | Percent Not Selected or Challenged | 40.5 | 38.9 | 39.9 | 46.3 | 52.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Second Circuit — 12-Month Period Ending December 31, 2024**

| | | | CT | NY,N | NY,E | NY,S | NY,W | VT |
|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,593 | 2,348 | 9,793 | 11,206 | 2,833 | 1,773 |
| | Terminations | | 2,365 | 2,464 | 9,347 | 12,403 | 3,015 | 1,685 |
| | Pending | | 2,613 | 2,401 | 13,772 | 16,616 | 3,382 | 925 |
| | Percent Change in Total Filings Current Year | Over Last Year | 13.2 | -5.0 | -6.8 | -15.8 | -1.8 | 62.8 |
| | | Over 2019 | -8.5 | -3.5 | 13.9 | -22.7 | -25.4 | 208.3 |
| | Number of Judgeships | | 8 | 5 | 15 | 28 | 4 | 2 |
| | Vacant Judgeship Months ¹ | | 10.6 | 2.6 | 0.0 | 8.3 | 7.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 324 | 470 | 653 | 400 | 708 | 887 |
| | | Civil | 266 | 363 | 595 | 349 | 533 | 753 |
| | | Criminal Felony | 32 | 79 | 40 | 26 | 81 | 82 |
| | | Supervised Release Hearings | 26 | 28 | 18 | 26 | 94 | 52 |
| | Pending Cases | | 327 | 480 | 918 | 593 | 846 | 463 |
| | Weighted Filings ¹ | | 295 | 379 | 584 | 449 | 515 | 424 |
| | Terminations | | 296 | 493 | 623 | 443 | 754 | 843 |
| | Trials Completed | | 10 | 10 | 14 | 19 | 7 | 14 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 17.9 | 8.2 | 29.8 | 16.8 | 12.2 | 14.5 |
| | | Civil ¹ | 8.0 | 7.6 | 6.1 | 6.6 | 8.0 | 2.4 |
| | From Filing to Trial ¹ (Civil Only) | | 41.8 | 50.4 | 49.3 | 39.3 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 142 / 7.0 | 222 / 12.2 | 2,037 / 18.8 | 3,250 / 26.2 | 517 / 19.2 | 45 / 7.1 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.1 | 1.5 | 1.3 | 1.1 | 1.4 |
| | Jurors | Avg. Present for Jury Selection | 64.3 | 37.7 | 72.1 | 76.7 | 97.6 | 52.4 |
| | | Percent Not Selected or Challenged | 31.6 | 6.0 | 37.6 | 50.1 | 41.1 | 46.6 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Third Circuit — 12-Month Period Ending December 31, 2024**

|  |  |  | DE | NJ | PA,E | PA,M | PA,W | VI |
|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 1,625 | 13,806 | 9,730 | 2,858 | 3,389 | 190 |
| | Terminations | | 1,561 | 10,277 | 8,121 | 2,882 | 3,504 | 274 |
| | Pending | | 2,338 | 83,374 | 9,596 | 3,609 | 4,021 | 579 |
| | Percent Change in Total Filings Current Year | Over Last Year | -1.6 | -46.2 | 20.7 | 4.8 | -13.7 | -14.0 |
| | | Over 2019 | -38.0 | -48.9 | 16.1 | -0.5 | -4.9 | -43.3 |
| | Number of Judgeships | | 4 | 17 | 22 | 6 | 10 | 2 |
| | Vacant Judgeship Months [1] | | 0.0 | 2.6 | 26.1 | 1.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 406 | 812 | 442 | 476 | 339 | 95 |
| | | Civil | 371 | 762 | 412 | 392 | 276 | 57 |
| | | Criminal Felony | 31 | 37 | 21 | 66 | 42 | 35 |
| | | Supervised Release Hearings | 5 | 13 | 9 | 19 | 21 | 4 |
| | Pending Cases | | 585 | 4,904 | 436 | 602 | 402 | 290 |
| | Weighted Filings [1] | | 612 | 674 | 330 | 451 | 292 | - |
| | Terminations | | 390 | 605 | 369 | 480 | 350 | 137 |
| | Trials Completed | | 31 | 6 | 6 | 27 | 23 | 18 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 17.5 | 13.1 | 20.5 | 22.2 | 22.1 | 22.0 |
| | | Civil [1] | 9.0 | 8.1 | 4.8 | 8.1 | 6.6 | 16.8 |
| | From Filing to Trial [1] (Civil Only) | | 32.3 | 60.4 | 28.3 | - | 52.1 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 351 / 16.6 | 52,524 / 64.0 | 1,997 / 23.5 | 256 / 10.2 | 298 / 9.4 | 139 / 41.6 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.1 | 1.3 | 1.3 | 1.4 | 1.4 |
| | Jurors | Avg. Present for Jury Selection | 32.0 | 93.4 | 42.4 | 54.2 | 56.1 | 73.8 |
| | | Percent Not Selected or Challenged | 31.8 | 46.9 | 31.3 | 29.3 | 36.2 | 32.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Fourth Circuit — 12-Month Period Ending December 31, 2024**

| | | | MD | NC,E | NC,M | NC,W | SC | VA,E | VA,W | WV,N | WV,S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 4,504 | 3,614 | 1,791 | 2,327 | 8,211 | 5,185 | 1,638 | 1,132 | 1,079 |
| | | Terminations | 4,561 | 2,749 | 1,791 | 2,296 | 7,885 | 4,678 | 1,642 | 1,064 | 1,097 |
| | | Pending | 4,869 | 5,226 | 1,415 | 1,652 | 12,191 | 4,381 | 1,569 | 1,036 | 2,282 |
| | Percent Change in Total Filings Current Year | Over Last Year | 3.6 | -16.1 | 1.0 | 10.8 | 6.3 | 13.9 | 2.2 | -15.6 | -10.1 |
| | | Over 2019 | -6.0 | 18.8 | -18.5 | 6.9 | 67.0 | 5.6 | -15.4 | -18.6 | -28.8 |
| | Number of Judgeships | | 10 | 4 | 4 | 5 | 10 | 11 | 4 | 3 | 5 |
| | Vacant Judgeship Months¹ | | 4.4 | 0.0 | 0.0 | 13.0 | 9.4 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | **Filings** | Total | 450 | 904 | 448 | 465 | 821 | 471 | 410 | 377 | 216 |
| | | Civil | 393 | 683 | 283 | 336 | 730 | 373 | 336 | 195 | 157 |
| | | Criminal Felony | 36 | 150 | 86 | 74 | 58 | 66 | 50 | 139 | 44 |
| | | Supervised Release Hearings | 22 | 71 | 80 | 56 | 34 | 32 | 23 | 43 | 14 |
| | Pending Cases | | 487 | 1,307 | 354 | 330 | 1,219 | 398 | 392 | 345 | 456 |
| | Weighted Filings¹ | | 394 | 842 | 360 | 382 | 632 | 415 | 341 | 368 | 185 |
| | Terminations | | 456 | 687 | 448 | 459 | 789 | 425 | 411 | 355 | 219 |
| | Trials Completed | | 13 | 28 | 19 | 18 | 12 | 17 | 20 | 13 | 10 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 20.4 | 12.7 | 9.5 | 14.9 | 14.3 | 7.9 | 12.2 | 12.1 | 9.4 |
| | | Civil¹ | 7.3 | 8.2 | 7.8 | 5.7 | 12.0 | 5.3 | 9.8 | 10.1 | 11.4 |
| | From Filing to Trial¹ (Civil Only) | | 46.7 | - | - | 26.9 | 37.6 | 14.6 | 23.0 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old¹ | | 433 / 11.5 | 229 / 5.5 | 49 / 5.2 | 50 / 4.5 | 1,859 / 16.7 | 338 / 10.5 | 56 / 4.7 | 42 / 8.7 | 1,095 / 55.1 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.2 | 1.3 | 1.2 | 1.6 | 1.2 | 1.6 | 1.9 | 1.2 |
| | Jurors | Avg. Present for Jury Selection | 54.5 | 37.2 | 33.0 | 20.3 | 50.2 | 55.2 | 50.7 | 58.1 | 37.6 |
| | | Percent Not Selected or Challenged | 33.2 | 28.1 | 46.6 | 30.9 | 34.0 | 36.8 | 43.4 | 27.8 | 18.0 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Fifth Circuit — 12-Month Period Ending December 31, 2024**

| | | | LA,E | LA,M | LA,W | MS,N | MS,S | TX,N | TX,E | TX,S | TX,W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,667 | 1,204 | 2,220 | 988 | 2,066 | 7,589 | 4,657 | 14,835 | 13,794 |
| | Terminations | | 6,968 | 1,563 | 3,535 | 1,010 | 2,021 | 7,072 | 4,618 | 14,434 | 14,102 |
| | Pending | | 13,738 | 1,694 | 3,127 | 753 | 4,137 | 6,170 | 6,611 | 15,088 | 10,304 |
| | Percent Change in Total Filings Current Year | Over Last Year | -63.9 | -36.4 | -3.2 | -12.6 | -50.7 | 8.2 | 10.3 | 4.9 | 4.7 |
| | | Over 2019 | -81.9 | 6.0 | 0.8 | -1.2 | -30.1 | 0.7 | 15.0 | -22.1 | -14.3 |
| | Number of Judgeships | | 12 | 3 | 7 | 3 | 6 | 12 | 8 | 19 | 13 |
| | Vacant Judgeship Months [1] | | 19.8 | 0.0 | 5.9 | 0.3 | 0.0 | 2.7 | 0.0 | 12.1 | 4.5 |
| **Actions per Judgeship** | Filings | Total | 222 | 401 | 317 | 329 | 344 | 632 | 582 | 781 | 1,061 |
| | | Civil | 187 | 357 | 265 | 253 | 268 | 478 | 465 | 356 | 349 |
| | | Criminal Felony | 29 | 38 | 41 | 58 | 57 | 112 | 117 | 336 | 608 |
| | | Supervised Release Hearings | 7 | 6 | 11 | 18 | 20 | 43 | 0 | 89 | 104 |
| | Pending Cases | | 1,145 | 565 | 447 | 251 | 690 | 514 | 826 | 794 | 793 |
| | Weighted Filings [1] | | 222 | 402 | 303 | 376 | 339 | 591 | 825 | 601 | 756 |
| | Terminations | | 581 | 521 | 505 | 337 | 337 | 589 | 577 | 760 | 1,085 |
| | Trials Completed | | 6 | 19 | 12 | 17 | 32 | 17 | 10 | 14 | 18 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.4 | 10.9 | 11.5 | 12.4 | 10.8 | 9.0 | 24.1 | 4.9 | 6.0 |
| | | Civil [1] | 12.1 | 10.4 | 18.9 | 6.2 | 9.0 | 5.4 | 7.4 | 7.5 | 7.8 |
| | From Filing to Trial [1] (Civil Only) | | 20.6 | 39.0 | 28.4 | - | 17.6 | 20.8 | 23.0 | 32.0 | 33.9 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 10,027 | 60 | 762 | 17 | 82 | 468 | 274 | 376 | 428 |
| | | | 75.8 | 4.2 | 27.8 | 3.1 | 2.2 | 10.9 | 7.1 | 5.8 | 10.0 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.2 | 1.4 | 1.3 | 1.3 | 1.4 | 1.7 | 1.1 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 17.1 | 43.8 | 33.6 | 33.4 | 54.7 | 50.5 | 49.9 | 43.7 | 49.9 |
| | | Percent Not Selected or Challenged | 28.5 | 45.1 | 28.4 | 24.7 | 42.0 | 44.0 | 49.7 | 36.4 | 41.3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Sixth Circuit — 12-Month Period Ending December 31, 2024**

| | | | KY,E | KY,W | MI,E | MI,W | OH,N | OH,S | TN,E | TN,M | TN,W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 1,640 | 1,699 | 4,456 | 2,000 | 4,563 | 6,017 | 1,809 | 2,226 | 1,953 |
| | Terminations | | 1,623 | 1,814 | 4,441 | 2,026 | 4,169 | 3,326 | 1,770 | 2,089 | 1,882 |
| | Pending | | 1,771 | 1,756 | 5,059 | 1,479 | 6,861 | 27,919 | 1,904 | 2,332 | 2,756 |
| | Percent Change in Total Filings Current Year | Over Last Year | -1.4 | 1.4 | 4.8 | -3.2 | 12.9 | -3.1 | 10.0 | 12.7 | 10.6 |
| | | Over 2019 | -28.9 | -11.8 | -10.6 | 2.5 | -23.0 | -24.8 | -23.0 | 7.2 | -10.7 |
| | Number of Judgeships | | 5.5 | 4.5 | 15 | 4 | 11 | 8 | 5 | 4 | 5 |
| | Vacant Judgeship Months ¹ | | 0.0 | 0.0 | 3.2 | 0.0 | 5.9 | 0.0 | 4.5 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 298 | 378 | 297 | 500 | 415 | 752 | 362 | 557 | 391 |
| | | Civil | 192 | 279 | 233 | 413 | 285 | 664 | 234 | 445 | 260 |
| | | Criminal Felony | 75 | 75 | 42 | 55 | 54 | 61 | 106 | 53 | 65 |
| | | Supervised Release Hearings | 31 | 24 | 22 | 32 | 76 | 27 | 23 | 58 | 65 |
| | Pending Cases | | 322 | 390 | 337 | 370 | 624 | 3,490 | 381 | 583 | 551 |
| | Weighted Filings ¹ | | 291 | 370 | 280 | 446 | 327 | 623 | 402 | 536 | 346 |
| | Terminations | | 295 | 403 | 296 | 507 | 379 | 416 | 354 | 522 | 376 |
| | Trials Completed | | 14 | 15 | 9 | 14 | 11 | 30 | 8 | 18 | 25 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.1 | 14.3 | 16.1 | 9.3 | 13.3 | 14.5 | 15.5 | 26.2 | 14.2 |
| | | Civil ¹ | 8.9 | 9.3 | 8.0 | 7.1 | 8.1 | 8.4 | 9.6 | 7.6 | 9.0 |
| | From Filing to Trial ¹ (Civil Only) | | - | - | 39.9 | 35.9 | 35.8 | 41.4 | 32.4 | 51.4 | 25.6 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 131 / 12.8 | 118 / 9.8 | 425 / 10.9 | 33 / 2.6 | 3,231 / 53.2 | 15,411 / 57.1 | 77 / 6.7 | 66 / 3.7 | 186 / 11.2 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.6 | 1.2 | 1.0 | 1.4 | 1.4 | 1.5 | 1.2 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 49.2 | 63.5 | 78.3 | 46.1 | 50.6 | 65.2 | 42.1 | 57.5 | 78.1 |
| | | Percent Not Selected or Challenged | 27.7 | 37.0 | 58.2 | 51.2 | 47.2 | 62.0 | 31.0 | 33.6 | 56.5 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Seventh Circuit — 12-Month Period Ending December 31, 2024**

| | | | IL,N | IL,C | IL,S | IN,N | IN,S | WI,E | WI,W |
|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 14,514 | 1,819 | 3,170 | 2,443 | 3,787 | 2,151 | 1,160 |
| | | Terminations | 12,202 | 1,891 | 2,342 | 2,382 | 3,956 | 2,299 | 1,084 |
| | | Pending | 23,499 | 1,909 | 7,712 | 2,532 | 11,179 | 2,116 | 1,188 |
| | Percent Change in Total Filings Current Year | Over Last Year | -20.6 | 3.2 | -28.8 | -6.0 | -0.1 | 0.2 | 5.4 |
| | | Over 2019 | 43.8 | 0.6 | 62.3 | -14.7 | -45.4 | -15.0 | -14.3 |
| | Number of Judgeships | | 22 | 4 | 4 | 5 | 5 | 5 | 2 |
| | Vacant Judgeship Months¹ | | 6.5 | 0.0 | 0.0 | 1.6 | 6.0 | 8.8 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 660 | 455 | 793 | 489 | 757 | 430 | 580 |
| | | Civil | 630 | 368 | 690 | 422 | 690 | 345 | 478 |
| | | Criminal Felony | 19 | 45 | 62 | 51 | 64 | 60 | 63 |
| | | Supervised Release Hearings | 11 | 41 | 40 | 16 | 3 | 25 | 40 |
| | Pending Cases | | 1,068 | 477 | 1,928 | 506 | 2,236 | 423 | 594 |
| | Weighted Filings¹ | | 659 | 394 | 594 | 437 | 628 | 397 | 501 |
| | Terminations | | 555 | 473 | 586 | 476 | 791 | 460 | 542 |
| | Trials Completed | | 9 | 20 | 16 | 15 | 11 | 7 | 26 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 33.3 | 20.5 | 15.4 | 14.1 | 16.1 | 14.2 | 8.3 |
| | | Civil¹ | 6.6 | 7.9 | 11.5 | 8.6 | 10.3 | 6.4 | 6.5 |
| | From Filing to Trial¹ (Civil Only) | | 57.4 | 50.6 | - | - | 32.8 | 36.0 | 25.0 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old¹ | | 2,480<br>11.4 | 155<br>9.9 | 621<br>8.4 | 138<br>6.7 | 6,449<br>60.2 | 100<br>6.4 | 44<br>4.7 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.1 | 1.2 | 1.1 | 1.2 | 1.4 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 60.9 | 35.7 | 39.0 | 35.4 | 36.7 | 28.6 | 21.7 |
| | | Percent Not Selected or Challenged | 47.2 | 44.5 | 24.5 | 31.8 | 33.5 | 37.0 | 13.4 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Eighth Circuit — 12-Month Period Ending December 31, 2024**

| | | | AR,E | AR,W | IA,N | IA,S | MN | MO,E | MO,W | NE | ND | SD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 2,201 | 1,161 | 1,017 | 1,205 | 5,408 | 3,554 | 2,649 | 1,298 | 809 | 1,341 |
| | | Terminations | 2,412 | 1,079 | 987 | 1,283 | 3,607 | 3,698 | 2,829 | 1,308 | 796 | 1,354 |
| | | Pending | 2,570 | 1,156 | 715 | 768 | 10,837 | 2,966 | 2,489 | 1,372 | 945 | 1,026 |
| | Percent Change in Total Filings Current Year | Over Last Year | -9.3 | 8.0 | 7.7 | -5.0 | 14.3 | 1.1 | -7.6 | -7.9 | 5.5 | 0.1 |
| | | Over 2019 | -19.9 | -9.8 | -10.0 | -12.0 | 37.3 | -34.6 | -19.3 | -17.3 | 4.7 | -5.2 |
| | Number of Judgeships | | 5 | 3 | 2 | 3 | 7 | 8 | 6 | 3 | 2 | 3 |
| | Vacant Judgeship Months ¹ | | 0.0 | 5.9 | 0.0 | 0.0 | 6.9 | 41.0 | 0.0 | 5.9 | 0.0 | 5.9 |
| **Actions per Judgeship** | Filings | Total | 440 | 387 | 509 | 402 | 773 | 444 | 442 | 433 | 405 | 447 |
| | | Civil | 324 | 296 | 202 | 193 | 664 | 256 | 280 | 249 | 131 | 124 |
| | | Criminal Felony | 78 | 62 | 184 | 111 | 56 | 125 | 108 | 118 | 188 | 191 |
| | | Supervised Release Hearings | 38 | 28 | 123 | 98 | 52 | 64 | 54 | 65 | 86 | 132 |
| | Pending Cases | | 514 | 385 | 358 | 256 | 1,548 | 371 | 415 | 457 | 473 | 342 |
| | Weighted Filings ¹ | | 392 | 344 | 441 | 346 | 638 | 431 | 414 | 397 | 407 | 444 |
| | Terminations | | 482 | 360 | 494 | 428 | 515 | 462 | 472 | 436 | 398 | 451 |
| | Trials Completed | | 16 | 12 | 63 | 75 | 9 | 26 | 14 | 12 | 32 | 39 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 23.0 | 12.8 | 9.9 | 10.6 | 13.7 | 14.5 | 20.0 | 13.5 | 17.0 | 10.8 |
| | | Civil ¹ | 10.5 | 9.0 | 7.0 | 8.4 | 8.4 | 6.0 | 7.0 | 8.6 | 11.0 | 10.9 |
| | From Filing to Trial ¹ (Civil Only) | | 32.8 | - | - | - | 47.1 | - | 22.2 | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 84 / 5.3 | 29 / 3.8 | 17 / 4.8 | 16 / 3.6 | 5,010 / 48.8 | 100 / 6.2 | 151 / 11.4 | 63 / 7.1 | 37 / 13.3 | 63 / 14.3 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.3 | 1.2 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.8 | 1.3 |
| | Jurors | Avg. Present for Jury Selection | 47.1 | 49.3 | 47.7 | 38.3 | 55.8 | 47.2 | 55.6 | 35.4 | 35.5 | 45.0 |
| | | Percent Not Selected or Challenged | 41.7 | 41.4 | 45.4 | 27.6 | 50.2 | 31.3 | 37.8 | 11.1 | 17.4 | 20.9 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Ninth Circuit — 12-Month Period Ending December 31, 2024**

| | | | AK | AZ | CA,N | CA,E | CA,C | CA,S | HI | ID | MT | NV | OR | WA,E | WA,W | GU | NMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 560 | 18,034 | 10,547 | 6,009 | 18,437 | 7,445 | 859 | 1,094 | 1,417 | 3,484 | 3,046 | 1,626 | 3,708 | 109 | 78 |
| | | Terminations | 467 | 9,068 | 12,020 | 5,869 | 18,018 | 6,911 | 1,008 | 1,064 | 1,347 | 3,566 | 3,077 | 1,553 | 3,605 | 122 | 61 |
| | | Pending | 800 | 8,056 | 12,940 | 7,931 | 13,942 | 4,981 | 803 | 1,188 | 1,278 | 4,316 | 3,112 | 1,197 | 3,168 | 356 | 120 |
| | Percent Change in Total Filings Current Year | Over Last Year | 0.4 | 58.5 | 39.3 | 13.4 | 5.7 | 4.4 | -4.7 | -1.7 | 24.0 | 5.9 | 7.4 | -0.6 | 1.1 | 9.0 | 39.3 |
| | | Over 2019 | -10.7 | 27.7 | 9.4 | 17.2 | 1.7 | -21.1 | -21.6 | 1.7 | 10.4 | -5.6 | -6.9 | -28.4 | -6.6 | -53.4 | 59.2 |
| | Number of Judgeships | | 3 | 13 | 14 | 6 | 28 | 13 | 4 | 2 | 3 | 7 | 6 | 4 | 7 | 1 | 1 |
| | Vacant Judgeship Months ¹ | | 17.8 | 0.0 | 2.6 | 5.9 | 22.3 | 23.3 | 0.0 | 3.0 | 0.0 | 0.0 | 10.6 | 10.6 | 0.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 187 | 1,387 | 753 | 1,002 | 658 | 573 | 215 | 547 | 472 | 498 | 508 | 407 | 530 | 109 | 78 |
| | | Civil | 117 | 362 | 663 | 866 | 588 | 202 | 160 | 321 | 253 | 423 | 362 | 212 | 451 | 27 | 17 |
| | | Criminal Felony | 69 | 922 | 31 | 69 | 39 | 255 | 23 | 147 | 151 | 30 | 88 | 89 | 43 | 44 | 39 |
| | | Supervised Release Hearings | 0 | 103 | 60 | 66 | 31 | 116 | 33 | 80 | 68 | 45 | 58 | 106 | 36 | 38 | 22 |
| | Pending Cases | | 267 | 620 | 924 | 1,322 | 498 | 383 | 201 | 594 | 426 | 617 | 519 | 299 | 453 | 356 | 120 |
| | Weighted Filings ¹ | | 224 | 798 | 617 | 843 | 696 | 463 | 191 | 514 | 466 | 443 | 467 | 313 | 471 | - | - |
| | Terminations | | 156 | 698 | 859 | 978 | 644 | 532 | 252 | 532 | 449 | 509 | 513 | 388 | 515 | 122 | 61 |
| | Trials Completed | | 8 | 10 | 8 | 16 | 10 | 9 | 5 | 12 | 53 | 10 | 8 | 16 | 13 | 6 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.4 | 5.0 | 16.1 | 32.9 | 19.6 | 6.2 | 18.9 | 11.2 | 9.4 | 19.3 | 18.4 | 16.9 | 14.1 | 11.7 | 6.0 |
| | | Civil ¹ | 9.9 | 6.5 | 20.6 | 8.5 | 3.9 | 6.0 | 4.6 | 10.5 | 10.4 | 8.3 | 9.9 | 6.0 | 6.5 | 49.8 | 3.0 |
| | From Filing to Trial ¹ (Civil Only) | | - | 36.0 | 34.5 | 64.5 | 28.4 | 37.3 | - | - | - | 62.2 | 37.5 | - | 27.3 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ¹ | | 76 / 17.8 | 166 / 4.1 | 2,271 / 19.0 | 1,139 / 18.6 | 903 / 8.4 | 228 / 10.8 | 43 / 9.4 | 104 / 13.8 | 80 / 11.8 | 574 / 16.3 | 239 / 10.4 | 54 / 8.0 | 145 / 5.7 | 240 / 87.0 | 23 / 39.7 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.0 | 1.3 | 1.8 | 1.6 | 1.2 | 1.1 | 1.3 | 1.2 | 1.3 | 1.3 | 1.4 | 1.5 | 1.2 | 1.8 |
| | Jurors | Avg. Present for Jury Selection | 73.9 | 44.7 | 48.0 | 35.0 | 58.7 | 54.3 | 133.8 | 43.8 | 41.2 | 38.8 | 41.0 | 48.2 | 39.3 | 209.0 | 55.0 |
| | | Percent Not Selected or Challenged | 46.5 | 32.9 | 32.9 | 39.0 | 68.1 | 39.0 | 74.9 | 47.1 | 35.0 | 34.1 | 16.2 | 26.8 | 25.3 | 75.6 | 0.0 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ See "Explanation of Selected Terms."

**Comparison of Districts Within the Tenth Circuit — 12-Month Period Ending December 31, 2024**

| | | | CO | KS | NM | OK,N | OK,E | OK,W | UT | WY |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings | 4,193 | 1,845 | 3,844 | 1,305 | 810 | 2,205 | 2,197 | 615 |
| | | Terminations | 4,082 | 1,759 | 3,828 | 1,459 | 873 | 2,248 | 2,213 | 565 |
| | | Pending | 3,864 | 1,643 | 2,807 | 1,141 | 802 | 1,737 | 2,499 | 1,129 |
| | Percent Change in Total Filings Current Year | Over Last Year | 2.9 | 0.4 | 2.0 | 5.0 | 10.2 | 12.0 | -2.7 | 3.2 |
| | | Over 2019 | -5.6 | -21.0 | -41.5 | 1.6 | 31.1 | 15.3 | -8.0 | -1.8 |
| | Number of Judgeships | | 7 | 6 | 7 | 3.5 | 1.5 | 6 | 5 | 3 |
| | Vacant Judgeship Months [1] | | 0.3 | 12.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.3 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 599 | 308 | 549 | 373 | 540 | 368 | 439 | 205 |
| | | Civil | 518 | 205 | 186 | 183 | 343 | 233 | 249 | 93 |
| | | Criminal Felony | 55 | 68 | 253 | 137 | 161 | 100 | 126 | 68 |
| | | Supervised Release Hearings | 26 | 35 | 110 | 53 | 36 | 35 | 65 | 44 |
| | Pending Cases | | 552 | 274 | 401 | 326 | 535 | 290 | 500 | 376 |
| | Weighted Filings [1] | | 620 | 301 | 374 | 377 | 551 | 356 | 440 | 194 |
| | Terminations | | 583 | 293 | 547 | 417 | 582 | 375 | 443 | 188 |
| | Trials Completed | | 16 | 15 | 15 | 15 | 36 | 25 | 11 | 10 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.5 | 15.7 | 3.4 | 13.6 | 13.6 | 9.5 | 13.0 | 5.5 |
| | | Civil [1] | 7.6 | 7.2 | 7.9 | 7.2 | 8.5 | 6.7 | 9.2 | 8.8 |
| | From Filing to Trial [1] (Civil Only) | | 35.5 | 20.0 | - | - | - | - | 30.0 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 210<br>6.5 | 55<br>5.7 | 125<br>9.1 | 100<br>15.3 | 47<br>8.9 | 66<br>5.9 | 214<br>14.1 | 152<br>31.7 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.0 | 1.2 | 1.1 | 1.3 | 1.2 | 1.1 |
| | Jurors | Avg. Present for Jury Selection | 39.7 | 41.0 | 61.6 | 53.3 | 51.4 | 41.3 | 55.6 | 38.7 |
| | | Percent Not Selected or Challenged | 29.9 | 40.4 | 24.0 | 36.2 | 37.2 | 24.9 | 30.5 | 31.6 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

**Comparison of Districts Within the Eleventh Circuit — 12-Month Period Ending December 31, 2024**

|  |  |  | AL,N | AL,M | AL,S | FL,N | FL,M | FL,S | GA,N | GA,M | GA,S |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | 2,522 | 1,162 | 986 | 2,610 | 10,862 | 10,752 | 7,642 | 1,625 | 1,349 |
| | Terminations | | 2,450 | 1,099 | 973 | 169,977 | 10,937 | 10,550 | 7,679 | 1,615 | 1,443 |
| | Pending | | 2,854 | 1,389 | 943 | 105,681 | 8,333 | 5,829 | 5,742 | 1,621 | 1,231 |
| | Percent Change in Total Filings Current Year | Over Last Year | -4.8 | 6.1 | -2.5 | -96.1 | 0.7 | -53.8 | -0.9 | 0.6 | -5.6 |
| | | Over 2019 | -17.3 | -16.3 | -43.0 | -63.3 | -1.6 | -15.5 | -0.7 | -12.6 | -23.5 |
| | Number of Judgeships | | 8 | 3 | 3 | 4 | 15 | 18 | 11 | 4 | 3 |
| | Vacant Judgeship Months [1] | | 12.0 | 5.9 | 0.0 | 0.0 | 27.8 | 11.6 | 0.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | Total | 315 | 387 | 329 | 653 | 724 | 597 | 695 | 406 | 450 |
| | | Civil | 231 | 296 | 164 | 560 | 594 | 487 | 637 | 292 | 332 |
| | | Criminal Felony | 53 | 81 | 96 | 65 | 102 | 83 | 39 | 93 | 67 |
| | | Supervised Release Hearings | 32 | 10 | 69 | 28 | 28 | 27 | 18 | 21 | 51 |
| | Pending Cases | | 357 | 463 | 314 | 26,420 | 556 | 324 | 522 | 405 | 410 |
| | Weighted Filings [1] | | 299 | 387 | 315 | 476 | 686 | 620 | 646 | 383 | 378 |
| | Terminations | | 306 | 366 | 324 | 42,494 | 729 | 586 | 698 | 404 | 481 |
| | Trials Completed | | 17 | 16 | 25 | 20 | 17 | 23 | 19 | 13 | 16 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 10.2 | 10.8 | 9.3 | 8.8 | 9.9 | 7.3 | 12.2 | 15.5 | 13.0 |
| | | Civil [1] | 8.6 | 8.3 | 9.0 | 46.1 | 5.6 | 3.5 | 5.0 | 8.5 | 6.4 |
| | From Filing to Trial [1] (Civil Only) | | 35.5 | - | - | 17.7 | 27.4 | 24.4 | 35.0 | 32.5 | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [1] | | 361 / 16.5 | 171 / 17.5 | 33 / 6.1 | 67,203 / 63.8 | 465 / 7.5 | 126 / 3.2 | 164 / 3.6 | 93 / 9.0 | 77 / 9.7 |
| | Average Number of Felony Defendants Filed per Case | | 1.1 | 1.4 | 1.4 | 1.2 | 1.3 | 1.4 | 1.2 | 1.7 | 1.5 |
| | Jurors | Avg. Present for Jury Selection | 33.0 | 47.5 | 42.7 | 44.0 | 45.6 | 42.2 | 34.0 | 11.0 | 44.8 |
| | | Percent Not Selected or Challenged | 40.4 | 33.9 | 37.2 | 32.0 | 31.9 | 12.7 | 39.3 | 62.5 | 34.8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."